# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                 November 19, 2010
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 09-cv-02550-RPM

STEPHEN J. HOLLAND,

          Plaintiff,                                                   Michael D. Murphy

v.

RODNEY JOHNSON, Individually and                              Leslie L. Schluter
in his Official Capacity as Sheriff, Grand County, Colorado, and    Eric M. Ziporin
WALTER P. ELDRIDGE, Individually and
in his Official Capacity as Under Sheriff, Grand County, Colorado,

          Defendants.
_____

## COURTROOM MINUTES
_____

**Calendar Call**

**8:26 a.m.**     **Court in session.**

Counsel submit joint statement.

Discussion regarding motion to compel.

**ORDERED:** **Plaintiff's Motion to Compel, filed October 4, 2010 [18], is denied.**

Court states its case view regarding exemplary damages and Rule 56.

**ORDERED:** **Trial scheduled April 4, 2011.**
                  **Counsel to submit in paper a proposed pretrial order by 4:00 p.m. March 4, 2011.**

**8:30 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 4  min.