IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02550-RPM

STEPHEN J. HOLLAND,

    Plaintiff,

v.

RODNEY JOHNSON, Individually and in his Official Capacity as Sheriff, Grand County, Colorado, and
WALTER P. ELDRIDGE, Individually and in his Official Capacity as Under Sheriff, Grand County, Colorado,

    Defendants

._____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the Calendar call today, it is

    ORDERED that this matter is set for trial to jury on **April 4, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 4, 2011.**

    DATED: November 19th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge