IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02550-RPM

STEPHEN J. HOLLAND,

    Plaintiff,

v.

RODNEY JOHNSON, Individually and
in his Official Capacity as Sheriff, Grand County, Colorado, and
WALTER P. ELDRIDGE, Individually and
in his Official Capacity as Under Sheriff, Grand County, Colorado,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on April 4, 2011, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _8_ day of April, 2011.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANTS